# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

### v.

## Jeremy J. BEGIN
### Seaman Recruit, U.S. Coast Guard

## CGCMS 24211

## Docket No.  1150

## 29 August 2001

Special Court-Martial convened by Commanding Officer, USCGC ACUSHNET (WMEC-167).  Tried at Thirteenth Coast Guard District Legal Office, Seattle, Washington, on 25 January 2001.

| | |
|---|---|
| Military Judge: | CAPT Ronald E. Kilroy, USCG |
| Trial Counsel: | LT(jg) D. O'Connell, USCG |
| Assistant Trial Counsel: | LT(jg) J. Alexander, USCG |
| Detailed Defense Counsel: | LT E.J. Osterhues, JAGC, USNR |
| Appellate Defense Counsel: | CDR Jeffrey C. Good, USCG |
| Appellate Government Counsel: | LT Sandra J. Miracle, USCGR |

## BEFORE
## PANEL EIGHT
## BAUM, CASSELS, & PALMER
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was found guilty of one specification of wrongful use and one specification of wrongful distribution of marijuana, in violation of Article 112a of the Uniform Code of Military Justice (UCMJ).

Appellant was sentenced to confinement for three months, forfeiture of $695.20 per month for three months, and to be discharged from the Coast Guard with a bad-conduct discharge.  The Convening Authority reduced the forfeitures to $695 per month for three months but otherwise approved the sentence as adjudged, which was allowed by the sentence terms of the pretrial agreement.  Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on

its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, we have determined that the findings and sentence are correct in law and fact, and on the basis of the entire record should be approved. Accordingly, the findings and sentence, as approved below, are affirmed.

For the Court,



//s//
Kevin G. Ansley
Clerk of the Court